JOHN L. BURRIS, Esq., (SBN 69888)
DeWITT M. LACY, Esq., (SBN 258789)
**THE LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
dewitt.lacy@johnburrislaw.com

Attorneys for Plaintiff
ORLANDO RODRIGUEZ


DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
PETER J. KEITH, State Bar #206482
Deputy City Attorney
**Office of the City Attorney**
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3908
Facsimile: (415) 554-3837
E-Mail: peter.keith@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
THEODORE POLOVINA, JOSEPH EMANUEL
and JOSE-CALVO-PEREZ

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ORLANDO RODRIGUEZ, an individual,<br><br>            Plaintiff,<br><br>      v. | Case No.: 3:14-cv-05613-SC<br><br>**STIPULATION AND REQUEST FOR DISMISSAL; and [~~PROPOSED~~] ORDER** |

STIPULATION AND REQUEST FOR DISMISSAL; and [PROPOSED] ORDER
RODRIGUEZ V. CITY OF SAN FRANCISCO, ET AL  USDC No. 3:14-cv-05613-SC                    1

|   |   |
|---|---|
| 1 | CITY OF SAN FRANCISCO, a municipal corporation; THEODORE POLOVINA, individually and in his capacity as an officer for the SAN FRANCISCO Police Department; JOSEPH EMANUEL, individually and in his capacity as an officer for the SAN FRANCISCO Police Department; JOSE CALVO-PEREZ, individually and in his capacity as an officer for the SAN FRANCISCO Police Department; DOES, 1-25, inclusive, individually and in their capacities as officers for the SAN FRANCISCO Police Department, |
| | Defendants. |

## STIPULATION

The parties in the above-entitled action hereby stipulate and agree that, pursuant to the terms of the Settlement Agreement, the Plaintiff will, and hereby does request that the Court enter a dismissal of this action, in its entirety, with prejudice, and each of them with each side to bear its own costs, including attorney's fees, in the action.

Dated: July 24, 2015                             Respectfully submitted,

**THE LAW OFFICES OF JOHN L. BURRIS**


/s/ *DeWitt M. Lacy* _____
DeWitt M. Lacy, Esq.
Attorneys for Plaintiff
ORLANDO RODRIGUEZ

Dated: July 24, 2015

/s/ *Margaret W. Baumgartner for*
Peter J. Keith
Attorney for Defendants
CITY AND COUNTY OF SAN FRANCISCO, THEODORE POLOVINA, JOSEPH EMANUEL and JOSE-CALVO-PEREZ

STIPULATION AND REQUEST FOR DISMISSAL; and [PROPOSED] ORDER
RODRIGUEZ V. CITY OF SAN FRANCISCO, ET AL  USDC No. 3:14-cv-05613-SC                      2

**PROPOSED ORDER** (PROPOSED struck through)

IT IS HEREBY ORDERED that this action be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: July __27__, 2015.



_____
HON. SAMUEL CONTI